IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–01119–MDB

FABIOLA MUNOZ, and
ACCESS 4 ALL, INC., a Florida nonprofit corporation,

    Plaintiffs,

v.

G S I ENTERPRISES, INC., a Colorado corporation,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Dkt. No. 60) of Magistrate Judge Maritza Dominguez Braswell entered on October 12, 2023, it is

**ORDERED** that Motion for Summary Judgment by Defendants G S I ENTERPRISES, INC. (Doc. No. 40) is **GRANTED**. It is further

**ORDERED** that Plaintiffs' Cross Motion for Summary Judgment (Doc. No. 47 is **DENIED** as moot. It is further

**ORDERED** that judgment shall enter in favor of the defendant and against the plaintiff on all claims for relief and causes of action asserted in this case. It is further

**ORDERED** that the defendants are awarded their costs to be taxed by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and C.COLO.LCivR 54.1.

Dated this 13th day of October, 2023.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  E. Lopez Vaughan
Deputy Clerk